An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 5984 LINGERING BREEZE,

Appellant,

vs.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

Respondent.

No. 65480

**FILED**

NOV 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The temporary restraining order entered on April 24, 2014, and the preliminary injunction entered on June 20, 2014, are dissolved.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Michael Villani, District Judge
Kerry P. Faughnan
Law Offices of Les Zieve
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-38608